UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE: SCOTT C. MEELUKSANA                                         CASE NO.: 15-

CHAPTER 13 PLAN

**I.** Debtor proposes to pay by payroll deduction into the Chapter 13 Plan monthly payments of $1,850 for sixty (60) months.

**II.** Claims to be paid directly by debtor.      **Estimated Balance Due**      **Monthly Payment**
**Ocwen Loan Servicing**      $145,480.00      $1,097.00
**collateral- house and lot located at**
**125 Rebekah Street, New Llano, LA**

**III.** Claims to be paid by Trustee.

    **A. ATTORNEY AND ADMINISTRATIVE FEES.** Thomas C. McBride, LLC shall receive attorney and administrative fees of $2,800. The Trustee shall receive fees of approximately 10% of plan payments.

    **B. SECURED CLAIMS.** Secured claims listed below will be paid as indicated below and prior to claims of lower priority indicated below.

        **1. Real Property:**

            Ocwen Loan Servicing: collateral-house and lot located at 125 Rebekah Street, New Llano, LA; estimated pre-petition arrears in the amount of $1,097.00. As adequate protection, the creditor, Ocwen Loan Servicing, shall be paid $25 per month concurrently with the administrative expenses for the case.

        **2. Personal Property:**

            Cash Cow: collateral - 2004 Ford F250; estimated secured claim of $1,500.00 to be paid with interest at 6%. As adequate protection, Cash Cow shall be paid $25 per month until the debtor's attorney fees are paid in full.

            Check into Cash: collateral - 1996 Cadillac ElDorado; estimated secured claim of $850.00 to be paid with interest at 6%. As adequate protection, Check into Cash shall be paid $25 per month until the debtor's attorney fees are paid in full.

            Santander Consumer USA: collateral - 2012 Chevrolet Silverado; estimated secured claim of $31,000.00 to be paid with interest at 6%. As adequate protection, Santander Consumer USA shall be paid $25 per month until the debtor's attorney fees are paid in full.

            Advance America: collateral - 2002 Dodge Ram; estimated secured claim of $995.00 to be paid with interest at 6%. As adequate protection, Advance America shall be paid $25 per month until the debtor's attorney fees are paid in full.

    **C. PRIORITY OR SPECIAL CLASS CLAIMS.** After secured claims, the priority claims listed below will be paid prior to all claims of lower priority indicated below: None

    **D. GENERAL UNSECURED CLAIMS.** Unless listed above, all other claims: (1) listed on Schedule F as unsecured; (2) listed on Schedules D and E as undersecured; or (3) any general unsecured claim filed before the bar date to which no objection is filed, will be treated as General Unsecured Claims and will receive a minimum of 100% of the claims.

Respectfully submitted this 16th day of April, 2015.

                        McBride Law Firm

                        /s/Thomas C. McBride
                        By: Thomas C. McBride (#09210)
                            Kathryn A. Wiley (#33672)
                            Thomas C. McBride, LLC
                            McBride Law Firm
                            301 Jackson Street, Suite 101
                            Alexandria, LA 71301
                            Telephone (318) 445-8800
                            Facsimile (318) 445-8066